ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
BRIAN E. COCHRAN (286202)
TRICIA L. McCORMICK (199239)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
bcochran@rgrdlaw.com
triciam@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| CITY OF NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL GENERAL HOLDINGS CORP., et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:19-cv-06468-AG-KES<br><br><u>CLASS ACTION</u><br><br>THE PENSION FUNDS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL<br><br>DATE:　　October 21, 2019<br>TIME:　　10:00 a.m.<br>CTRM:　　10D<br>JUDGE:　Hon. Andrew J. Guilford |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Monday, October 21, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Andrew J. Guilford, Courtroom 10D, 411 West 4th Street, Santa Ana, California, 92701-4516, Town of Davie Police Officers Retirement System and Massachusetts Laborers' Pension Fund (the "Pension Funds") will and hereby do move this Court for an order appointing the Pension Funds as Lead Plaintiff and approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).[1]  In support of this Motion, the Pension Funds submit the accompanying Memorandum of Law, the Declaration of Tricia L. McCormick, and a [Proposed] Order.

DATED: September 23, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIELLE S. MYERS
BRIAN E. COCHRAN
TRICIA L. McCORMICK
JUAN CARLOS SANCHEZ

s/ Tricia L. McCormick
TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

---

[1]  Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Pension Funds cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on September 23, 2019. Accordingly, the Pension Funds' counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that the Pension Funds cannot confer with unknown movants.

- 1 -

| | |
|---|---|
| 1 | |
| 2 | CORRENTE LAW CORP. |
|   | DARREN F. CORRENTE |
| 3 | 226 South Main Street, Suite 300 |
|   | Providence, RI  02903 |
| 4 | Telephone:  401/331-7720 |
|   | 401/453-2549 (fax) |

KLAUSNER, KAUFMAN, JENSEN
 & LEVINSON
STUART A. KAUFMAN
7080 NW 4th Street
Plantation, FL  33317
Telephone:  954/916-1202
954/916-1232 (fax)
stu@robertdklausner.com

Additional Counsel for [Proposed] Lead Plaintiff

- 2 -

4824-0498-5254.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 23, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Tricia L. McCormick
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  triciam@rgrdlaw.com

4824-0498-5254.v1

# Mailing Information for a Case 2:19-cv-06468-AG-KES City of North Miami Beach Police Officers' and Firefighters' Retirement Plan v. National General Holdings Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com

- **Robert Patrick Vance , Jr**
  bobbyvance@quinnemanuel.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`