UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated,
                      Plaintiff,

-v-

NATIONAL GENERAL HOLDINGS CORP., ET AL.,
                      Defendants.

19-CV-10825 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Following this Court's opinion and order granting Defendants' motion to dismiss, Plaintiff was granted the opportunity to amend its complaint. (Dkt. No. 92.) Plaintiff has declined to do so (Dkt. No. 98), so judgment is entered accordingly.

    The Clerk of Court is respectfully directed to enter judgment for Defendants and close the case.

    SO ORDERED.

Dated: March 12, 2021
       New York, New York

                                                  J. PAUL OETKEN
                                                  United States District Judge