**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CITY OF NORTH MIAMI BEACH POLICE
OFFICERS' AND FIREFIGHTERS'
RETIREMENT PLAN, Individually and on Behalf
of All Others Similarly Situated,

       Plaintiff,

   -against-            19 **CIVIL** 10825 (JPO)

                  **JUDGMENT**

NATIONAL GENERAL HOLDINGS CORP.,
ET AL.,

       Defendants.

-----------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 12, 2021, following this Court's opinion and order granting Defendants' motion to dismiss, Plaintiff was granted the opportunity to amend its complaint. Plaintiff has declined to do so, so judgment is entered for Defendants; accordingly, this case is closed.

**Dated:** New York, New York

    March 15, 2021

                      **RUBY J. KRAJICK**
                      _____
                      **Clerk of Court**
             **BY:** K. mango
                      _____
                      **Deputy Clerk**