UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NORTH MIAMI BEACH POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN,<br><br>      Plaintiff,<br><br>-v-<br><br>NATIONAL GENERAL HOLDINGS CORP., ET AL,<br>      Defendants. | 19-CV-10825 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  As Plaintiffs have requested (Dkt. No. 103), the Clerk of Court is respectfully directed to amend the caption to list Plaintiffs as: "Town of Davie Police Officers Retirement System and Massachusetts Laborers' Pension Fund, on behalf of themselves and all others similarly situated."

  SO ORDERED.

Dated: May 28, 2021
   New York, New York

                            J. PAUL OETKEN
                          United States District Judge